**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:26-CR-00219-ALM-AGD** |
| | § | |
| **IBAN SALINAS-GONZALEZ** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

## PROCEDURAL HISTORY

On February 21, 2024, defendant Iban Salinas-Gonzalez was sentenced to 16 months of imprisonment followed by three years of supervised release. Dkt. 1-3 at 2–3 (amended judgment). Salinas-Gonzalez's term of supervised release commenced on August 2, 2024. Dkt. 2 at 1 (sealed).

In January 2026, a probation officer petitioned the Western District of Texas for a warrant, alleging that Salinas-Gonzalez had violated one condition of his supervised release. *Id.* In August 2026, United States Chief District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Western District of Texas to the Eastern District of Texas. Dkt. 1.

In September 2026, the probation officer amended the petition to update the first allegation, add a second allegation, and convert the petition to the Eastern District of Texas format. Dkt. 2 at 1 (sealed). Specifically, the amended petition alleged that Salinas-Gonzalez had violated conditions that required him to: (1) not commit another federal, state, or local crime; and (2) not illegally reenter the United States and to report immediately to the U.S. Probation Office if released from confinement or not deported. *Id.* at 1–2.

In support of those allegations, the petition asserted that, in January 2026, Salinas-Gonzalez was detained and arrested for illegal reentry after removal in violation of 8 U.S.C. § 1326(a) and

(b). *Id.* And upon reentering the United States, Salinas-Gonzalez failed to report to the U.S. Probation Office. *Id.* at 2.

A final revocation hearing was held before me on September 24, 2026. Salinas-Gonzalez pleaded true to allegations one and two. Minute Entry for Sept. 24, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 12. The parties agreed to a sentence of eight months of imprisonment followed by no additional term of supervised release. Audio recording (Sept. 24, 2026) (on file with the court). After hearing from defense counsel, the court announced what its recommendation would be. *Id.*

**RECOMMENDATION**

In accordance with the Sentencing Reform Act of 1984, the court recommends that: (1) Salinas-Gonzalez violated conditions of his supervised release as confirmed by his plea of true to allegations one and two in the petition, Dkt. 2 (sealed); (2) Salinas-Gonzalez's supervised release be revoked; (3) based on his history of noncompliance with previous conditions, Salinas-Gonzalez be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, to run consecutively to the term of imprisonment imposed in Eastern District of Texas cause number 4:26-CR-00025, with no supervised release to follow; and (4) Salinas-Gonzalez be placed at a facility in the North Texas area, if appropriate.

So **ORDERED** and **SIGNED** this 28th day of September, 2026.

Bill Davis
United States Magistrate Judge