# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:26-CR-00219-ALM-AGD |
| | § | |
| IBAN SALINAS-GONZALEZ | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #13) that Defendant violated conditions of his supervised release as confirmed by his plea of true to allegations one and two in the petition; Defendant's supervised release be revoked; based on his history of noncompliance with previous conditions, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to the term of imprisonment imposed in Eastern District of Texas cause number 4:26-CR-00025, with no supervised release to follow; and Defendant be placed at a facility in the North Texas area, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #12), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to the term

of imprisonment imposed in Eastern District of Texas cause number 4:26-CR-00025, with no supervised release to follow; and Defendant be placed at a facility in the North Texas area, if appropriate.

**SIGNED this 30th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE